UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| CHRISTINE D. SAUCIER<br>    Plaintiff, | )<br>)<br>) |
| v. | )    Civil No. 2:13-cv-00230-NT |
| SOCIAL SECURITY<br>ADMINISTRATION COMMISSIONER,<br>    Defendant. | )<br>)<br>)<br>) |

## ORDER ADOPTING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on June 25, 2014, his Recommended Decision (Docket No. 19). The Plaintiff filed her Objection to the Recommended Decision (Docket No. 20) on July 14, 2014. The Defendant filed her Response to the Plaintiff's Objection (Docket No. 21) on July 31, 2014.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary. It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge is hereby <u>ADOPTED</u>. The Commissioner's final decision is <u>AFFIRMED</u>.

SO ORDERED.

                          <u>/s/ Nancy Torresen</u>
                          UNITED STATES DISTRICT JUDGE

Dated this 5th day of September, 2014.